**FILED**
Dec 17 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# CRIMINAL DUTY COVER SHEET
## For Northern District of California Magistrate Judges

**Target (Def. Name, Phone No., Address, etc.):** Baquedano and Gonzalez

**Judge:** Kim   **Date:** 12/17/2024   **Time Dropped Off:** ____ AM / PM

**Type and Number of Document(s):**

- ☑ Arrest Warrant(s) (# 2 )
- ☐ Search Warrant(s) (# ___ )
- ☐ Search Warrant Extension(s) (# ___ )
- ☐ Pen Register(s)/Trap & Trace(s) (# ___ )
- ☐ Pen Register/Trap & Trace Extension(s) (# ___ )
- ☐ Stored Communications Act/Toll Record(s) (# ___ )
- ☐ Non-Disclosure Order(s) (# ___ )
- ☐ Pole camera(s) (# ___ )
- ☐ Summons(es) (# ___ )
- ☑ Other Complaint (# 1 )

**Complete all applicable information; check box for who will pick up completed document:**
*If documents will be picked up by different people, please use separate cover sheets.*

☐ **AUSA:** Joseph Tartakovsky
  Office Telephone Number: 415-436-7320   Mobile Number: _____
  Duty AUSA Name/Number: _____
  *Include if AUSA assigned to case is not available today.*

☑ **Agent:** DEA SA Eric Diamond
  Office Telephone Number: _____   Mobile Number: 510-365-4664

☐ **Paralegal/Other:** _____
  Telephone Number: _____

**Date and time arrest or search is planned, if applicable:** Arrested at 8:45 pm, 12/16

**When document is needed:**
*Please do not write "ASAP." Provide specific deadline and explanation, or write "not urgent."*

Before IA today at 10:30

**Is SEALING requested?** YES   **Is this a DELAYED NOTICE warrant?** No
**Is this a RESUBMISSION?** No   **For resubmissions, previous judge's initials:** _____

**Judge's Remarks:**   *(preparer should not write in this area)*

☐ Contact affiant to come in. | ☐ Signed, call to pick up. | ☐ Denied. | ☐ Other:

Date/Time out: _____ AM / PM