# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** [X] COMPLAINT    [ ] INFORMATION    [ ] INDICTMENT    [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl

- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [X] Felony

**PENALTY:** Imprisonment: 20 years (21 U.S.C. § 841(b)(1)(C)) / Fine: $1 million (21 U.S.C. § 841(b)(1)(C)) / Supervised Release: Min. 3 years – Max. life (21 U.S.C. § 841(b)(1)(C)) / Special Assessment: $100 (18 U.S.C. § 3013(a)(2)(A)) / Forfeiture: 21 U.S.C. § 853(a) | Deportation | Denial of Federal Benefits

### DEFENDANT - U.S
Carlos Alberto BAQUEDANO

**DISTRICT COURT NUMBER**
3:24-mj-71769 MAG

**FILED**
Dec 17 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): **DEA**

- [ ] person is awaiting trial in another Federal or State Court, give name of court
- [ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
- [ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  - [ ] U.S. ATTORNEY
  - [ ] DEFENSE

SHOW DOCKET NO.

- [ ] this prosecution relates to a pending case involving this same defendant
- [ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: **Ismail J. Ramsey**
- [X] U.S. Attorney
- [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Joseph Tartakovsky**

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District) Northern District of California

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction    [ ] Federal   [ ] State
6) [ ] Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? [ ] Yes  [ ] No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year: December 16, 2024

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
- [ ] SUMMONS
- [ ] NO PROCESS*
- [X] WARRANT

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

If Summons, complete following:
- [ ] Arraignment
- [ ] Initial Appearance

Defendant Address: _____

Date/Time: _____    Before Judge: _____

Comments: